# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JESSICA WAGONER**,<br><br>　　　　　**Plaintiff,**<br>　vs.<br><br>**35 CLUB, LLC d/b/a CLUB XXXV, STOCK ENTERPRISE, INC., ALANA, INC., MICHAEL ACCIARDI, DOREEN ACCIARDI, ANTHONY ACCIARDI, SR., ANTHONY ACCIARDI, JR. and JOHN DOES 1-10**<br><br>　　　　　**Defendants.** | **JURY DEMAND**<br><br>**CIVIL ACTION NO.: 2:19-cv-00570-ER** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Local Rule 41.1(b), and Fed. R. Civ. P. 41(a)(1), Plaintiff hereby dismisses the instant action with prejudice.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　*/s/ Joshua Boyette*
　　　　　　　　　　　　　　　　　　　Joshua S. Boyette, Esq.
　　　　　　　　　　　　　　　　　　　**SWARTZ SWIDLER, LLC**
　　　　　　　　　　　　　　　　　　　1101 Kings Hwy N., Suite 402
　　　　　　　　　　　　　　　　　　　Cherry Hill, NJ 08034
　　　　　　　　　　　　　　　　　　　Phone: (856) 685-7420
　　　　　　　　　　　　　　　　　　　Fax: (856) 685-7417
　　　　　　　　　　　　　　　　　　　Email: jboyette@swartz-legal.com
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF JESSICA
　　　　　　　　　　　　　　　　　　　WAGONER

Dated:  February 7, 2022