# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JESSICA WAGONER**, <br><br> Plaintiff, <br> vs. <br><br> **35 CLUB, LLC d/b/a CLUB XXXV, STOCK ENTERPRISE, INC., ALANA, INC., MICHAEL ACCIARDI, DOREEN ACCIARDI, ANTHONY ACCIARDI, SR., ANTHONY ACCIARDI, JR. and JOHN DOES 1-10** <br><br> Defendants. | **JURY DEMAND** <br><br> **CIVIL ACTION NO.: 3:21-19677 (ZNQ)** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Local Rule 41.1(b), and Fed. R. Civ. P. 41(a)(1), Plaintiff hereby dismisses the instant action with prejudice.

Respectfully submitted,
*/s/ Joshua Boyette*
Joshua S. Boyette, Esq.
**SWARTZ SWIDLER, LLC**
1101 Kings Hwy N., Suite 402
Cherry Hill, NJ 08034
Phone: (856) 685-7420
Fax: (856) 685-7417
Email: jboyette@swartz-legal.com
ATTORNEY FOR PLAINTIFF JESSICA WAGONER

Dated: February 7, 2022

SO ORDERED:
s/ Zahid N. Quraishi, U.S.D.J.
Dated: 2/8/2022